UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KELLY EUBANKS, | CASE NO. C18-1414JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AUDIT AND ADJUSTMENT COMPANY, INC., et al., | |
| Defendants. | |

The court having been notified of the settlement of this matter (*see* Dkt. # 8) and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided that any such motion is filed within 60 days of the date of this order. All dates

//

ORDER - 1

set in the court's order regarding the initial disclosures and joint status report (Dkt. # 5) are hereby VACATED.

Dated this 7th day of January, 2019.

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2